JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ANDRANIK MARTIROSYAN

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> ANDRANIK MARTIROSYAN, </br></br> Defendant. | No. CR-S-12-223-WBS </br></br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER </br></br> Date: October 17, 2012 </br> Time: 2:00 p.m. |

The United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Andranik Martirosyan, John R. Manning, Esq., hereby stipulate the following:

1. This matter is set for arraignment on the indictment on August 22, 2012.

2. By this stipulation, Mr. Martirosyan now moves to continue the arraignment until October 17, 2012.

3. The parties agree and stipulate, and request the Court find the following:

    a. Mr. Martisosyan was originally scheduled to be arraigned on July 10, 2012. However, due to concerns over Mr. Martirosyan health, the matter was re-set for July 24, 2012 and again for August 22, 2012.

1

    b. Mr. Martirosyan has recently suffered a significant cardiac incident. Mr. Martirosyan had cardiac surgery on June 13, 2012. Since then, Mr. Martirosyan has left his son's house only for medical appointments. Due to his very slow recovery, Mr. Martirosyan has many of the surgical staples/sutures still in place and is in considerable pain.

    c. Mr. Martirosyan's family is attempting to gather the defendant's medical history. They have some information and have forwarded what they have to this office. They will be gathering further information in the coming days. The Defense is seeking a continuance to allow us time to gather a more complete assessment of Mr. Martirosyan's health and confer with Government's counsel, Steven Lapham. (It should be noted, Mr. Martirosyan speaks very limited English and the services of an Armenian language interpreter is necessary to effectively communicate with the defendant.)

    d. Counsel for Mr. Martirosyan believes the failure to grant a continuance in this case would be, potentially, life threatening to Mr. Martirosyan. The defendant is very weak and quite obviously in poor health. Because of Mr. Martirosyan's health issues, proceeding absent a continuance may endanger the defendant; would deny defense counsel reasonable time to meet with and review the indictment with the defendant; and, further deny the defense time necessary for effective preparation, taking into account the exercise of due diligence.

    e. The Government does not object to the continuance.

    IT IS SO STIPULATED.

Dated: August 21, 2012                                      /s/ John R. Manning  
                                                                                     JOHN R. MANNING

Attorney for Defendant
Andranik Martirosyan

Dated: August 21, 2012

Benjamin B. Wagner
United States Attorney

by: /s/ Steven Lapham
STEVEN LAPHAM
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of August, 2012.

/s/ Gregory G. Hollows

HON. GREGORY G. HOLLOWS
MAGISTRATE COURT JUDGE