JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ANDRANIK MARTIROSYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              ) No. CR-S-12-223-WBS
                                       )
        Plaintiff,                     )
                                       ) STIPULATION REGARDING
                                       ) EXCLUDABLE TIME PERIODS
v.                                     ) UNDER SPEEDY TRIAL ACT;
                                       ) [PROPOSED] FINDINGS AND ORDER
ANDRANIK MARTIROSYAN,                  )
                                       )
        Defendant.                     ) Date: November 14, 2012
                                       ) Time: 2:00 p.m.
                                       )
                                       )

The United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Andranik Martirosyan, John R. Manning, Esq., hereby stipulate the following:

1. This matter is set for arraignment on the indictment on October 17, 2012.

2. By this stipulation, Mr. Martirosyan now moves to continue the arraignment until November 14, 2012.

3. The parties agree and stipulate, and request the Court find the following:

   a. Mr. Martisosyan was originally scheduled to be arraigned on July 10, 2012. However, due to concerns over Mr. Martirosyan health, the matter was re-set for July 24, 2012, August 22, 2012, and October17, 2012.

1

b. Mr. Martirosyan has suffered a significant cardiac incident and had cardiac surgery on June 13, 2012. Since then, Mr. Martirosyan has left his son's house only for medical appointments. Because of his age and poor health, Mr. Martirosyan's recovery has been very slow and he remains in considerable pain.

c. Mr. Martirosyan is scheduled for eye surgery on October 17, 2012. Surgery was performed on one eye approximately three weeks ago. Rescheduling the surgical appointment may put Mr. Martirosyan's vision at risk. The Defense is seeking a continuance to allow us time to gather a more complete assessment of Mr. Martirosyan's health and confer with Government's counsel, Steven Lapham. (It should be noted, Mr. Martirosyan speaks very limited English and the services of an Armenian language interpreter is necessary to effectively communicate with the defendant.)

d. Counsel for Mr. Martirosyan believes the failure to grant a continuance in this case would be, potentially, life threatening to Mr. Martirosyan. The defendant is very weak and quite obviously in poor health. Because of Mr. Martirosyan's health issues, proceeding absent a continuance may endanger the defendant; would deny defense counsel reasonable time to meet with and review the indictment with the defendant; and, further deny the defense time necessary for effective preparation, taking into account the exercise of due diligence.

e. The Government does not object to the continuance.

IT IS SO STIPULATED.

Dated: October 16, 2012 /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Andranik Martirosyan

Dated: October 16, 2012

Benjamin B. Wagner
United States Attorney

by:  /s/  Steven Lapham
STEVEN LAPHAM
Assistant U.S. Attorney

**ORDER**

So Ordered.

DATED:  October 16, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE