JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ANDRANIK MARTIROSYAN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANDRANIK MARTIROSYAN,<br><br>  Defendant. | No. CR-S-12-223-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>Date: October 21, 2013<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Shubb |

The United States of America through its undersigned counsel, Steven Lapham, Assistant United States Attorney, together with counsel for defendant Andranik Martirosyan, John R. Manning, Esq., hereby stipulate the following:

1. This matter is set for status conference on August 26, 2013.

2. By this stipulation, Mr. Martirosyan now moves to continue the status conference until October 21, 2013.

3. The parties agree and stipulate, and request the Court find the following:

 a. Mr. Martisosyan was originally scheduled to be arraigned on July 10, 2012. Due to serious health issues, Mr. Martirosyan was not arraigned until November 28, 2012. The Defense represents Mr. Martirosyan remains in very fragile health.

1

b. The Government has provided defense Counsel with over 700 pages of discovery.

c. The Defense is seeking a continuance in order to review the material provided by the Government and conduct, as necessary, investigation. (It should be noted, Mr. Martirosyan speaks very limited English and the services of an Armenian language interpreter are necessary to effectively communicate with the defendant.)

d. The Defense is further seeking to gather and review Mr. Martirosyan's voluminous medical history and records. (The Defense will be filing an exparte' request seeking funding for a psychologist, Dr. Roger Wiere, to assist the Defense in evaluating Mr. Martirosyan's mental and physical health at the time of the alleged incident and presently.)

e. Mr. Martirosyan's health at present is such that he cannot assist counsel in reviewing material (discovery) and discussing the underlying facts related to his case.

f. Counsel for Mr. Martirosyan believes a continuance in this case is necessary to allow counsel reasonable time to review the discovery, conduct investigation; meet with the defendant; and, afford the defense time necessary for effective preparation, taking into account the exercise of due diligence.

g. The Government does not object to the continuance.

h. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.

i. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of August 26, 2013 to October 21, 2013, inclusive, is deemed excludable pursuant to 18 United

States Code Section 3161(h)(7)(A) ) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 19, 2013     /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Andranik Martirosyan

Dated: August 19, 2013     Benjamin B. Wagner
United States Attorney

by:    /s/ Steven Lapham
STEVEN LAPHAM
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE